No. 3164.—PUEBLO, apdo., *v.* MARÍN, aplte.—C. D. Ponce. Portar armas. Junio 21, 1927. Confirmada la sentencia apelada porque la cuestión de la constitucionalidad de la Ley de Portar Armas, No. 14 de 1924, está resuelta por los casos de *El Pueblo v. Vadi,* 34 D.P.R. 462; *El Pueblo v. Ramos,* 34 D.P.R. 476; y *El Pueblo v. Cruz Rosado,* 34 D.P. R. 315, así como por el de *El Pueblo v. Díaz Cintrón,* resuelto en abril 8 de 1927 (pág. 571); no habiéndose encontrado que el juez sentenciador haya errado en la apreciación de la prueba.